**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Criminal Division - Felony Branch**

**UNITED STATES OF AMERICA**

**vs.**

**Docket No. 1:20CR00243-003**
**Judge Lamberth**
**Status Date:  December 3, 2021**

**DIEGO LOPEZ**

## MEMORANDUM IN AID OF SENTENCING

Diego Lopez, through undersigned counsel, respectfully submits the following Memorandum in Aid of Sentencing. Mr. Lopez stands before the Court for sentencing following his guilty plea on April 15, 2021, to Conspiracy to Commit Carjacking and Carjacking and Aiding and Abetting, Causing an Act to be Done.   At sentencing the defense will respectfully request that the court impose the following sentence in accordance with the Voluntary Sentencing Guidelines:

1.    Pay all fines assessed by the Court;

2.    Upon release from prison Secure and maintain stable and gainful employment or enrolled in school;

## WHILE INCARCERATED:

3.    Vocational Training inclusive of life skills and job readiness trainings;

4.    Mental Health Assessment;

5.    Life skills Training;

6.    Participate and complete substance abuse program.

## BACKGROUND OF DIEGO LOPEZ

Mr. Lopez is a 19 year-old male who is a life long resident of the District of Columbia.  Mr. Lopez was raised by his mother and is described by both family and

friends as a mild manner person, who has a forgiving, loving, and trusting heart, who is extremely opened minded and tended to go his own way, but had a tendency to be influenced by his peers. In fact, everyone seems to be surprised and disappointed by this event in its entirety, given the positive values that were instilled in Mr. Lopez and the attention he paid to his education as well as his desire to go to college.

Mr. Lopez, although at the time of the offense was employed, he still had plans to enroll into college and further his education. As indicated by several of his teachers and counselors (see character letters in Exhibit 2) he was a very good student, who was always striving to learn more.

Mr. Lopez had been suffering from severe pains (recovering from a broken leg during the incident) while incarcerated at the DC Jail. However since being incarcerated he has participated in YME, has received 2 certificates and was selected to be an active participant in a workshop/townhall hosted by Kim Kardashian (see documents in Exhibit 1).

## OFFENSE, CONDUCT, PUNISHMENT AND DETERRANCE

While Mr. Lopez' conduct in the instant case has undoubtedly had a tremendous impact on his family, and of course Mr. Lopez. Mr. Lopez never intended nor planned to commit a crime where an individual's life could have ended that day.

Mr. Lopez fully understands now more than ever the negative lasting effects of poor judgment and ever since the incident he has been reflecting on his conduct and focusing on the necessary changes that must be made. This is evidenced by, his early acceptance of responsibility, coupled with his actions while detained in this case. In

particular, while at the DC Jail, Mr. Lopez has participated in prayer groups, assisted with helping other inmates prepare for the GED exam and has been accepted in to Georgetown Prison Scholars Program (see Exhibit *J*)

Aside from the instant offense, there is nothing in the record to suggest that Mr. Lopez is a hardened, habitual criminal, deserving of a very long prison sentence.  On the contrary, Mr. Lopez is very remorseful for what happened and has repeatedly expressed to counsel and to the PSI writer, his deepest apologies to the complainant's family for what he did.  It is also important to note that Mr. Lopez has maintained and participated in the upbringing of his two (2) nephew and strives to be a better man, one who would make both his parents, siblings proud.  So in light of this, along with all of the enumerated factors above, the multiple character letters attached, counsel would request the court sentence Mr. Lopez to the low end of the Guideline range, fashion a sentence with a short split, with time remaining as a reminder to Mr. Lopez that his path to good, positive behavior is paramount to his freedom.

WHEREFORE, the foregoing reasons, and for any other reasons the Court may find, counsel respectfully request that this Honorable Court sentence at the low end of the agreed upon range, with time hanging over his head in the event that he commits another crime, which is highly unlikely.

Respectfully Submitted,

/s/

Russell J. Hairston, Esq., 444477
601 Pennsylvania Ave., NW, S. Bldg.
Suite 900
Washington, DC 20004
Attorney for Diego Lopez
202-434-8270

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was emailed this 30th  day of November, 2021 to the following:

United States Attorneys Office
For the District of Columbia
Felony Trial Branch
555 4th Street, NW
Washington, DC 20001

/s/
Russell J. Hairston

EXHIBIT 1

★ ★ ★   **ADVISORY NEIGHBORHOOD COMMISSIONER 7FO7**

Joel Castón
7FO7@anc.dc.gov
SMC 7F07

September 5, 2021

Honorable Judge Royce C. Lamberth
United States District of Court of the District of Columbia
333 Constitution Avenue North West
Washington, D.C. 20001

Re: Diego R. Lopez, Young Men Emerging (YME) Mentee

Dear Honorable Judge Lamberth:

By way of introduction, my name is Joel Castón and I'm a founding mentor of the Young Men Emerging (YME) community at the Central Treatment Facility and the first person to win an elected office in the city of Washington, D.C. while incarcerated.[1] Since the inception of DC Jail's YME therapeutic community for emerging adults, I've had the privileged to mentor well over 100 young adults each with different challenges and personal struggles to overcome. In addition, my tenure as a founding mentor grants me deference with DC DOC executive staff as it pertains to the selection of mentors and mentees.[2] It is from this context I offer my professional and sincerest opinion as it relates to YME Mentee Diego Lopez.

Like most young adults entering the criminal justice system, Mr. Lopez shared with me that his incarceration experience was shaped by confusion and fear. In our very first conversation inside the YME community Mr. Lopez exemplified a willingness to adjust and adapt to the therapeutic culture of the YME community by opening his heart to commit to a lifestyle conducive for change. He faithfully attended morning mediation class followed by community conversation where topics range from civic engagement to restorative justice.

The first Friday of each month, the YME community hold a public speaking session. Each member is expected to share a reflection or poem about his progress and triumphs. I had the privilege to behold Mr. Lopez morph from being a non-expressive young man to become someone who shares his vision with confidence. He has welcomed stakeholders and volunteers who've visited the YME community. Also, he has actively participated in community conversation with ABC broadcast which chose him as an interviewee.

Mr. Lopez comes from a proud family of entrepreneurs. He has expressed his desire to follow the footsteps of his dad in the real estate field. For now, he is maximizing his educational efforts as an enrollee in the Georgetown University college credit courses. I'am am extremely proud of his efforts and strive towards excellence.

Thank you for your time and regards in this matter. If you should have any questions, please don't hesitate to email.

Sincerely,

*Joel Castón*

Joel Castón

---

[1] https://www.washingtonpost.com/dc-md-va/2021/07/25/joel-caston-dc-incarcerated-commissioner/

[2] https://justicepolicy.org/wp-content/uploads/2021/06/Young_Men_Emerging_Unit_2020.pdf

# Certificate of Completion
## YME Morning Meditation

This certificate is awarded to

# DIEGO LOPEZ

In recognition of your participation in The YME Morning Meditation Group

*Colin Evans Long* Mentor

Signature

Date 8/9/21



## YME Orientation Highlights



**Founding Mentor Joel Caston**

In harmony with new scientific development, YME orientation offers the opportunity to emerging youth to join the community. During the orientation process, candidates are informed about the community's expectations. Aspirants are evaluated based on their attitude and willingness to change.

**Founding Mentor Michael Woody**

Since YME's inception on February 2018, approximately 100 mentees and 10 mentors have matriculated through the program. One of YME mentees has returned to the community as an EMT representative and a YME mentor has returned to the community as a Director of a Reentry Program. We are proud of them.

**Mentor Colie Levar Long**

**Mentor Richard Byrd**



**YME STAND UP!**

The YME Community would like to extend a heart-warming thank you to DOC Director Quincy Booth.

---

## YME HOSTS Kim Kardashian



In pursuit to produce her ground breaking documentary highlighting the need for equity in justice fashion icon Kim Kardashian paid homage to YME's sacred circle by joining its community conversation. What happens in this city sets the standard for the nation.

### YME Mentees
Q1 2021

Duan Garmany
Stephon Evans
Tyree Marshall
Gregory Barnhart-Moore
Kayvaughn Brown
Ahmaad Nelms

~~Antoni Washington~~
Diego Lopez
Jermaine Harris
Keshawn Taylor
Darnell Savoy

---

WELCOME TO OUR COMMUNITY

## YME

"The purpose of establishing a young adult unit is to provide programming geared toward the unique developmental needs of young people; blending counseling, mentoring, structure, and a measure of self-governance that acknowledges research from the field of developmental psychology that suggests that the brain is still developing through the mid-20's. The implementation of the Young Men Emerging unit strives to excel at the promotion and execution of reentry initiatives for those residents ages 18-25." (YME Handbook)



Director Quincy Booth
It all started with a vision!

## Young Men Emerging (YME)
*Welcoming to our community*



*Love is Love. Celebrating the release day of Mentor Warren Allen (seated) after 22 years of incarceration.*

. . . . . . . . . . . . . . . . .
**"What happens in this city sets the standard for the nation!"**

This is a city of second chance!

**May 26, 2021**



"What happens in this city set the standard for the nation!"

The YME Community would like to acknowledge the leadership of DC DOC Director Quincy Booth, Deputy Director Patten, Deputy Director Lopez, Warden Johnson, Deputy Warden Jones, Ben Collins, and YME Community Staff: YME Program Analyst Weaver, Case Manager Vasquez, Lt. Andemichael, CPL Walston, CPL Hill, CPL Olu, CPL Tax, CPL Harrell, and YME Mentors Joel Caston, Michael Woody, Colie Levar Long, and Richard Byrd.

IT TAKES A VILLAGE!

**YME STAND UP!**

## YME ACTIVATIES



GEORGETOWN UNIVERSITY

HOWARD UNIVERSITY



Community conversation with Kim Kardashian

Book discussion with author James Forman Jr.

Book discussion with Judge Milton Lee





# CERTIFICATE OF ACHIEVEMENT

This certificate is awarded to

## DIEGO LOPEZ

in recognition to your completion of the orientation to the

YOUNG MEN EMERGING COMMUNITY

May 26, 2021

Joel Castón
YME Founding Mentor

Richard Byrd
YME Mentor

Colie Levar Long
YME Mentor

EXHIBIT 2

# GOVERNMENT OF THE DISTRICT OF COLUMBIA



**D O C**
THE DEPARTMENT
OF CORRECTIONS

## MEMORANDUM

RE: Diego Lopez

Date: September 3, 2021

To: Honorable Judge Lamberth

From: Eric Weaver
        YME Program Manager

The Young Men Emerging (YME) is a special program unit at the Department of Correction for 18-25-year-old young men. This Program is to link these young men with mentors and resources to help them change the way they think and act.

Mr. Lopez is a resident of this unit. Since being here has shown a tremendous hunger to learn and become a better person. He realizes the mistakes he made and doesn't want to continue making those mistakes. He has shown that he is a leader, a thinker, and has the ability to be a productive citizen in society

If further information is needed I can be reached at 202-436-1067 or eric.weaver@dc.gov

Sincerely, Eric Weaver

May 7, 2021

Gloria Vasquez


To the Honorable Judge:


      Is it with a heavy heart that I am writing this letter to you on behalf of my son Diego Lopez. I am aware that Diego is coming before the court to be sentence. I want you to know that as a child, Diego had a calm and happy temperament. He was well liked by other children, their parents, and teachers. Unfortunately, Diego's father and I separated when Diego was 8 years old. This was very difficult for Diego and I feel that he felt that he no longer had a sense of security and felt lost for quite some time.

Diego is the type of person that trust everyone because of his big heart and unfortunately became friends with the wrong group people. I want you to know that he is a good person, he is a wonder brother to 3 sisters and a great uncle to 2 nieces and 4 nephews. He has always been there for them through good and bad. He truly cares about others and wants others to be happy and take life as it comes. In light of the events that have Diego where he is, it may be difficult for other to recognize that there is plenty of good in Diego. Diego has kept a positive attitude while incarcerated and plans to be a better man once he gets out. I ask you for mercy when you sentence my son. It has not been easy for me as a mother to go through this, but I know deep in my heart that he has learned his lesson. Please give me and Diego an opportunity to prove to you that he will be a good man from now on. He has my full support in everything, and he is my world.


Yours truly,


Gloria Vasquez

Xiomara Vanegas
3705 Jeffry Street
Silver Spring, MD 20906
(202) 580-5396

06/01/2021

Re: Diego R. Lopez

Dear honorable Judge Lambert,

I am writing this letter on behalf on my brother, Diego Lopez, to request leniency on his sentencing. My 3 siblings and I are children of parents who migrated to the United Stated fleeing from the war in their country. My mother did not finish 6th grade and my father only completed 3rd grade in El Salvador, since at a very young age they had to help support their families financially. As we grew up, my parents worked tirelessly to provide us with food, clothing and shelter. Unfortunately, often times this meant they were not around.

My parents separated in 2008, which was extremely hard on us all, but especially hard for Diego. Diego and my younger sister, Jocelyn, often experienced the difficulty and ugliness divorce can sometimes bring out. My mother spent most of her time with her new partner, while Diego (6 at the time) and Jocelyn (12) were very often left alone during the day and at night. My father has always been an alcoholic but spent most of his time intoxicated after the divorce, and in one occasion was in a DUI accident with Diego (11) in the car. My parents have come together as a team now to support Diego, which is something I am grateful for after years of expressing their anger and hate towards each other on to each of us.

My older sister, Wendy, and myself had a rough patch growing up as well. Wendy became pregnant at 13 and then again at 17, and I also became pregnant and a single mother at 17. However, after high school, Wendy got her certificate as a Medical Assistant and has been working as an MA for almost 15 years. She own her own house, has a supportive partner, and has 4 beautiful children. In 2015, I earned my Master's Degree in Human Services Counseling, and I have been working for DC Public Schools for over 5 years. I now own a house, am married to a US Marine veteran and have 2 amazing boys, including a 3 year old who is extremely attached to Diego.

This is my hope for Diego- that even though he has made mistakes, he will take the right path and do something positive with his life once he has served his time. I believe he is already starting to do this by joining the Young Men Emerging program and his interest in taking college classes. If you see past his mistakes, you will find a silly, fun, loving and helpful son, brother and uncle who enjoys reading mystery books, going to the movies and spending time with family.

Your honor, I respectfully ask that you consider the minimal sentencing possible for Diego so he can begin to make a positive change in his life with the support of his family who loves him very much.

Thank you so much for taking the time to read this. Please reach out to me for any questions.

Respectfully,

Xiomara Vanegas

Ashlie Savage
6516 Buckland Ct
Fort Washington, MD 20744

May, 28, 2021

To the honorable Judge,

I have known Diego Lopez for four years, as I served as his College Counselor at Cesar Chavez Public Charter school PCS for public Policy for three years. Upon learning about Deigo's current case, I was both troubled and surprised. It is for this reason I write this letter of reference for Deigo Lopez for this matter. Please note, I understand the seriousnes of the situation and I am disappointed Deigo has made such poor choices however, I pray the court will show some lencinecy.

I have always experiened Diego to be a laid back, friendly, intelligent young man. He has always been an upright member in our Chavez Community. A native of Washington, DC , Diego has always had his sights focused on the future. Diego worked hard and excelled academically. Unfortunately, Diego concluded his senior year in the midst of a World pandemic but Diego did not allow this to halt his success. Diego finished his senior year with a 2.63 GPA with a final GPA of 2.62. Diego was admitted into schools such as Virginia State University, Arkansas Baptist College and Montgomery Community College. Ultimately, Diego decided attending an Electrician Apprenticeship was the best route for him.

Diego is always willing to lend a helping hand. Diego enrolled in courses such as Leadership and Yearbook, which directly affect his school community.  He was able to advocate for change in his leadership class and create lasting memories for his peers in his yearbook class. Whether in the classroom or seating in my office for hours discussing life and his future, Diego was always respectful and reflective. With guidance and patience, Diego's level of commitment and potential will certainty make him a safe and productive citizen in any community.

Diego is a bright, driven, determined and reflective young man.  Diego has worked diligently to ensure that there are no limits to her future success and though he has ventured down a self-destructive path, I am confident Diego Lopez has learned a valuable life lesson and can get back on the path to success.

Warmest regards,

Ashlie Savage

Ashlie Savage



# Apostolic Ministry of Reconciliation

5683 Farmhouse Drive, Frederick MD │ (240) 529-5796 │ ministryofamor@gmail.com

Dear Judge,

We are writing a letter on behalf of Diego Lopez.

We are aware that he has been charged and saddened by the circumstances.

We have been praying for him throughout this process.

Our prayers and thoughts will continue to be with him while he is incarcerated.

Xiomara Vanegas, is Diego Lopez sister. She is married to Alberto Vanegas. Both Alberto and Xiomara are active members of Apostolic Ministry of Reconciliation Church.

While Diego Lopez is incarcerated, we will be supporting as a church family through prayer, and any way we can to Xiomara and her family.

The church is open to receiving Diego Lopez as a member when he is released. We will also be prepared to provide mentoring and guidance during his re-entry process as a church family.

We love the Vanegas family very much and are looking forward to providing a supportive community to Diego to help assist the transition back into society when he comes out.

With this in mind, we also plea, if there is any possibility, to have leniency on Diego's Lopez sentencing.

We hope with the time he's already been incarcerated, the support of his family, and the support of a church community, Diego has not only learned from his mistakes but will also be able to make strides on a new path.

We are hopeful, that with the additional support of our church community, Diego will be able to make progress on a new trajectory.

 Our best regards,

*Mario Arias*

Senior Pastor

Rosemarie E. Singletary
7213 Forest Avenue
Hanover, MD 21076

June 1, 2021

RE: Diego Rigoberto Lopez

To Whom it May Concern:

This letter is on behalf of Diego Rigoberto Lopez asking for leniency.

I have been a part of Diego's life even before he was born through the relationship that I have with his parents. He was brought up in a loving home with his mom, dad and siblings where he was taught to value life and the importance of being honest and just. Diego is one that his family can always depend on to lend a helping hand. With his soft spoken and gentle spirit he is always ready to take on whatever challenges he faces daily. Through his years in school Deigo has proven that he has what it takes to continue his education through college and pursue his dreams while being a productive member of our society.

As you take a look at the case before you today please keep in mind that Diego is a good young man who has made some unfortunate decisions using poor judgement. Diego has had to face some challenging circumstances in his young life that has placed him in situations where he was easily pressured by his peers into doing things that go against his upbringing. I believe now that he has had a chance to sit and contemplate his actions and has seen the results of those actions he has gained a new perspective on life.

I believe Diego now understands that there are serious consequences for his actions and if given another chance Diego will make every effort to strive to be a better person and will make a positive impact on his community. Upon Diego's release I am in the position to offer him a job and will be in his corner pushing him towards his goals which will include pursuing a college degree.

Thank you for considering my request.

Respectfully,

Rosemarie E. Singletary

Elethia Singletary
3307 17th Street NE
Washington, DC 20018

November 9, 2020

RE: Diego Rigoberto Lopez

To Whom It May Concern:

I am writing in behalf of Diego Lopez to ask leniency.

I have known Mr. Lopez and his family for over 20 years. During this time, I have watched Diego mature into a responsible young man. Diego has always been a kind, soft spoken hard worker. He is extremely smart and has always stepped up to help his family.

While I understand that his current circumstance does not exemplify this, I believe his actions reflect an unfortunate decision and poor judgment that was influenced by his peers. Diego has had to face and overcome several challenging circumstance as a youth. I believe if given another chance, Diego will become a productive citizen.

I believe Diego understands the seriousness of his current situation and wants to take the necessary steps to change. I believe he understands that there are consequences to his actions, but I am confident if given another chance to prove himself that Diego will make every effort to better himself and make a positive impact on his community.

Thank you for taking my request in to consideration.

Respectfully,

Elethia Singletary



May 28, 2021

To whom it may concern:

I have known Diego Rigoberto Lopez for over 12 years, and he has worked for our organization. During our many encounters, Diego has always been respectful and courteous. As an employee of our organization, he was punctual, attentive to detail, and proactive. We would certainly hire him again.

Any questions concerning our association with Mr. Lopez can be directed to the undersigned.

Sincerely,

Daryl S. Dudley, CVO
Chief Visionary Officer
www.ShesMyDaughter.com

877-678-9552
Daryl@shesmydaughter.com
www.shesmydaughter.com

May 5, 2021

To whom it may concern:

 My name is Susana Machado and I write this letter on behalf of my cousin Diego Lopez. I have a daughter who is only a month younger than Diego and therefore feel a special connection with him since I have seen him grow up at the same time as my daughter. I have seen what a polite and smart person he has grown up to be and was very proud when he graduated high school. He has a very special relationship with his siblings, I have seen how much they love each other and how much support they give each other. Diego is a good kid who has his entire life ahead of him, I beg that you please sentence him to the low end of what the suggested sentence is. I can assure you that once he is out, he has his entire family supporting him and will help him get through this.

Sincerely,

Susana Machado

Kelsey Bean
2425 Blueridge Ave #276
Wheaton, MD 20902

6/2/2021

Re: Diego Lopez

Your honor,

I had the pleasure of teaching Diego Lopez during his time at Chavez Schools. I was troubled and surprised to hear of his recent case because he was such a respectful and welcoming young man as a student. For this reason, I am happy to write a letter of reference for Diego Lopez regarding his character. I understand the seriousness of his actions, but hope this letter provides a more holistic picture of Diego as a person.

As a new teacher to the school, I was nervous about creating relationships with my scholars and finding community at the school. Diego was in my Physics class and immediately was welcoming, kind, and mature in our interactions. I had no problems working with him, as he was interested in the material and passionate about learning. He made a point to say hi to me, check in on me when dealing with grief from the loss of my father, and respected me as a teacher and a person.

During our time together in the classroom, I was able to get a glimpse of the person Diego was and the man he can become. Diego was humorous, always keeping things light hearted and putting a smile on my face and making his classmates laugh. However, what I really want to highlight is how smart, inquisitive, and passionate Diego can be. I am disappointed to hear that he has used these skills in the wrong manner, but know that Diego has great potential to use his skills for good. A time that comes to mind is when we would build things in class. We made miniature trebuchets and also roller coaster tracks in my classroom. Immediately, Diego's eyes would light up when I gave him something to build. I was even surprised to find him one day continuing to build his roller coaster in my class during lunch - at least 20 minutes after his class ended. It was in these moments that I saw what Diego can, and will, become.

It is my sincere hope that the court takes into consideration this letter at the time of sentencing. Despite his current case, I still believe that Diego Lopez is a respectful individual with a bright future ahead of him and has great potential to benefit his community.

Sincerely,

*Kelsey Bean*

Kelsey Bean

Vincent Walker

9212 Friar Road

Fort Washington, Md 20744

November 9, 2020

Re: Diego Lopez

To Whom It May Concern:

I am writing to vouch for the character of Diego Lopez as he faces legal troubles. Diego has indeed strayed off the path that he was destined for, but I am convinced that he possesses the desire and determination to learn from this experience and move in a positive direction with his life.

I have known Diego for several years. His father and I are colleagues/friends after having worked together for the last twenty plus years. I have watched him grow to be a kind and considerate young man. I have watched him assist the elderly when he was supposed to be working. Assistance would be anywhere from carrying groceries to removing snow so a walking path could be created.

Whenever Diego wasn't in school, he would accompany his father and me to assist us with contracting jobs. He showed eagerness to learn skills related to his father's employment and showed enthusiasm once he mastered these skills. Through the learning process he showed patience and used coping skills when he had difficulty with certain jobs.

If Diego has to serve prison time or if he is granted release, he will accept full responsibility for his actions. Diego has expressed remorse for his actions and falling into peer pressure. He will have a support system and he will be linked to mentorship in the community to support him and his family. I hope that the court takes this letter into consideration before judgement. Despite the legal trouble he is facing, I still believe that Diego Lopez to be an honorable individual and a good human being

Sincerely,

Vincent Walker

In addition, I know Diego

EXHIBIT 3



*GEORGETOWN UNIVERSITY*

Diego Lopez                                                                      August 24, 2021
DC Correctional Treatment Facility
1901 E Street SE
Washington, DC

Dear Mr. Lopez,

Upon the recommendation of the Admissions Committee, I am pleased to inform you
that you have been approved to enroll in the Georgetown Prison Scholars Program for
the Fall 2021 semester.

Due to COVID restrictions, we are able to offer one credit-bearing course for our new
students. This Fall you will be enrolled in "Personal Finance" held in the Library on
Mondays, from 9:30am-12pm. In addition, all students in the program are expected to
participate in the Lecture Series.

On behalf of our faculty and staff, I welcome you to the Georgetown community and
wish you the best as you further your education.

Sincerely yours,

Marc M. Howard
Professor of Government and Law
Director, Prisons and Justice Initiative