## DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Criminal Division

**UNITED STATES OF AMERICA**

                                            **Docket No. 1:20CR00243-003**

vs.                                               **Judge Lamberth**

**DIEGO LOPEZ**

### MOTION FOR RECONSIDERATION

On December 3, 2021, the defendant, Diego Lopez appeared before this Court, the Honorable JUDGE Lamberth presiding, for a sentencing hearing. The Court having already taken a guilty plea from the defendant imposed a sentence upon the defendant. Diego Lopez, through counsel, respectfully requests that sentence be reconsidered. In support of this request, Mr. Lopez submits:

1. Mr. Lopez has been incarcerated in the District of Columbia Jail since November 4, 2020.

2. This Honorable Court already received a copy of the sentencing package submitted by defense counsel and stated that it was impressed at the work Mr. Lopez was doing during his period of incarceration. [Defendant has been taking classes, assisting in GED program as well as YME}.  He has also taken life skills classes.

3. The Court is well aware of the Conditions reported by the US Marshal service at the jail, as well as the fact the country was and is still going through the COVID pandemic.

4. The government requested during their allocution that the Defendant be sentenced to 87 months in this matter.

5. Counsel for Mr. Lopez requested the Court to fashion a sentence roughly around 60 months, but before the Court had concluded the hearing, Counsel asked if the Court would consider a split sentence at which time the Court said yes, but then ended the hearing.

6. Defense counsel was surprised by what seemed to be an abrupt end to the hearing a inquired from Government counsel what happened and what that meant as he was sure Government counsel heard the request.  Government counsel responded "I don't know".

7. Mr. Lopez request this Honorable Court to consider to reduce his sentence, to what would be a long split.

**WHEREFORE**, in consideration of these circumstances and any other the Court might find, Mr. Lopez submits that a reconsideration of his sentence would be appropriate and respectfully requests a hearing on the matter.

Respectfully submitted,

Respectfully Submitted,

/s/

Russell J. Hairston, Esq., 444477
601 Pennsylvania Ave., NW, S. Bldg.
Suite 900
Washington, DC 20004
Attorney for Diego Lopez
202-434-8270

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was emailed this 17th day of December, 2021 to the following:

United States Attorneys Office
For the District of Columbia
Felony Trial Branch
555 4th Street, NW
Washington, DC 20001

/s/
Russell J. Hairston