UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DIEGO RIGOBERTO LOPEZ**,<br><br>*Defendant*. | Case No. 20-cr-00243-RCL |

## ORDER

On December 3, 2021, defendant Diego Lopez was sentenced to a concurrent term of 108 months in the Federal Bureau of Prisons. *See* Dec. 3, 2021 Minute Entry. Now, Lopez moves for reconsideration and requests that the Court reduce his sentence to a "long split." ECF No. 63.

Lopez indicates that defense counsel requested that the Court consider a split sentence near the end of the sentencing hearing and that the Court responded that it would. *Id.* The Court notes that counsel was speaking through a mask during portions of the hearing which muffled speech. To the extent that counsel requested a split sentence during the sentencing hearing, that request is denied. The sentence given is what the undersigned intended. A "split sentence" is something this Court had no intention of granting and did not grant. Accordingly, Lopez's motion for reconsideration [63] is hereby **DENIED**.

It is **SO ORDERED**.

Date: December 23, 2021

Hon. Royce C. Lamberth
United States District Judge

1